TRINA A. HIGGINS, United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PHILIP S. JOHNSON,<br><br>  Defendant. | **SEALED**<br><br>**FELONY COMPLAINT**<br><br>MAGIS NO. 2:23mj657-DAO<br><br>VIO. COUNT 1, 18 U.S.C. § 875(c), THREATENING COMMUNICATIONS. |

**COUNT 1**
(18 U.S.C. § 875(c))
Threatening Communications

On or about July 11, 2023, in the District of Utah,

**PHILIP S. JOHNSON,**

1

the defendant herein, did, <u>knowingly and willfully</u> transmit in interstate or foreign commerce, a communication containing a threat to injure the person of another, all in violation of 18 U.S.C. § 875 (c).

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT</u>

This complaint is based on the following information:

I, Justin W. Hansen, being first duly sworn, depose and say:

1. Your affiant is a Task Force Officer with the Federal Bureau of Investigation (FBI) currently assigned to the FBI Violent Crimes Task Force in the Salt Lake City, Utah.  The information contained in this complaint is based on an investigation conducted by your affiant along with agents from the Utah Department of Public Safety State Bureau of Investigation and other law enforcement officers.

2. On July 11, 2023, the Utah Film Commission (film@utah.gov) received an email from Philip Johnson using the email address <u>anillegitimategov@gmail.com.</u>  The subject line of the email read: "MOVE LIKE YOUR LIFE DEPENDS ON IT!"

3. In the last paragraph of the email, Johnson stated, "By the way I have sent a demand for individual combat to the office of the Governor of Utah for past to current offenses.  I intend to kill the little dude on the 25th at about noon for having perpetuated them.  I'm sure you'll find the detestable little man is as entirely dispensable as the regrettable of forgettable string of them to date."  The "little dude" referenced in the email has been identified as Governor Cox, State of Utah.

In prior communications Johnson has expressed displeasure with the Governor and the Governor's Office. The communication was forwarded to the Utah State Bureau of Investigation Threat Management Unit for investigation.

4. Philip Johnson has for at least the last 5 years demanded from the Utah Film Commission a detailed list of all "film locations" in the State of Utah dating back to 1966.  In August of 2018 Johnson sent threatening emails, which were read by the Utah State Capital Constituent Services, the emails were reported to the Utah Highway Patrol Executive Protection supervisor Sgt. G. Hansen.  Utah State Bureau of Investigation Agents responded to Johnson's home to conduct an interview of Johnson.  Johnson stated, "No warrant, no access" and closed the door.

5.  Johnson suffered from a period of homelessness and was assigned a case worker. Contact was made with the case worker and she was asked to make contact with Johnson. The case worker made contact with Johnson.  According to Johnson's case worker, when asked about the threats, Johnson stated, "the police can go fuck themselves."

6. On July 13, 2023, Agents with the Utah State Bureau of Investigation attempted to make contact with Johnson at ▮▮▮▮▮▮▮▮ #207, regarding the most recent threatening email as described above.  Johnson opened the door, the SBI Agent introduced himself and asked Johnson if he would be able to answer a few questions. Johnson stated, "screw off, ciao"  and closed the door.

7. On July 14, 2023, exigent subscriber requests were sent to Google for the email address anillegitimategov@gmail.com. Google responded and gave an IP address: 75.169.10.104, with a recovery SMS of (801) XXX-2117. The email address anillegitimategov@gmail.com is registered to Philip Johnson. The number (801) XXX-2117 is a documented and current contact phone number for Philp Johnson residing at ▮▮▮▮▮▮▮▮▮▮ #207 in Salt Lake City, Utah.

8. Law Enforcement database searches were conducted and confirmed Philip Johnson with the date of birth of 11-XX-1966 currently resides at ▮▮▮▮▮▮▮▮▮▮ #207 in Salt Lake City.

9. Based on the foregoing information, your affiant respectfully requests that a felony complaint and arrest warrant be issued for Philip S. Johnson for a violation of 18 U.S.C Section 875(c).

Dated this 17th day of July, 2023.

Justin Hansen *Digitally signed by Justin Hansen Date: 2023.07.17 15:33:02 -06'00'*
Justin W. Hansen
Utah State Bureau of Investigations- Major Crimes
FBI Violent Task Force Officer

Subscribed and sworn to before me, this 17th day of July 2023.

_____
DAPHNE A. OBERG
United States Magistrate Judge

APPROVED:

TRINA A. HIGGINS

United States Attorney

CARLOS ESQUEDA
Digitally signed by CARLOS ESQUEDA
Date: 2023.07.17 15:38:41 -06'00'

_____

CARLOS A. ESQUEDA

Assistant United States Attorney